UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> THOMAS YU, <br><br> Defendant. | No. CR 11-0664 JSW <br><br> [~~PROPOSED~~] STIPULATION AND ORDER MODIFYING THE DEFENDANT'S CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL TO YELLOWSTONE NATIONAL PARK FROM AUGUST 12 THROUGH AUGUST 23, 2012 |

The parties agree to submit the instant Stipulation and Order seeking modification of the defendant's conditions of pretrial release to allow him to travel within the United States, from the Northern District of California to the District of Wyoming and back, for a family vacation in Yellowstone National Park between August 12, 2012 and August 23, 2012, and defense counsel represents that Pretrial Services does not oppose the instant requested order.

Accordingly, good cause appearing, and the parties having stipulated thereto,

//

//

Stipulation & Order Modifying Travel Restrictions         - 1 -

1  the defendant's conditions of release shall be modified to allow for the aforementioned travel.
2  All other conditions of release previously set shall remain in full force and effect.
3
4         SO STIPULATED.
5
6  Dated:   July 30, 2012                              /S/
                                                ADAM REEVES
7                                               Assistant United States Attorney
8
9
10 Dated:   July 30, 2012                              /S/
                                                GEORGE J. COTSIRILOS, JR.
11                                              Attorney for Defendant
                                                Thomas Yu
12
13
14
15        SO ORDERED.
16
17
   Dated:  July 31, 2012
18                                              ~~JEFFREY S. WHITE~~ Joseph C. Spero
                                                UNITED STATES ~~DISTRICT~~ JUDGE
19                                                                  MAGISTRATE
20
21
22
23
24
25
26
27
28

Stipulation & Order Modifying Travel Restrictions          - 2 -