UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:  August 30, 2016    Time in Court: 23 minutes

Case No.:  CR-11-664-02  JSW    Judge:  Jeffrey S. White

United States of America   v.  Thomas Yu
                                            Defendant
                                            Present ( X ) Not Present ( ) In-Custody ( )

| Adam Reeves / Robert Rees | George Cotsirilos / Guy Campisano |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini    Court Reporter: Diane Skillman
USPO: Jessica Goldsberry

## PROCEEDINGS

**REASON FOR HEARING:** Sentencing

**RESULT OF HEARING:**

**Government's Motion for Downward Departure: GRANTED**

The Court accepted the plea agreement and the defendant is sentenced as follows: The defendant is placed on probation for a period of 5 years.  Obey all laws and the standard conditions of release and the following additional conditions:

1. Shall pay any restitution and special assessment imposed by this judgment;
2. Shall provide the Probation Officer with access to any financial information, including tax returns, and shall authorize the Probation Officer to conduct credit checks and obtain copies of income tax returns;
3. Shall submit to search and seizure;
4. Shall cooperate in the collection of DNA, as directed by the Probation Officer;
5. Shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.
6. 100 hours of community service work as directed by the probation officer.

$100 special assessment, due immediately.
$4000 fine, due immediately.

All remaining counts, as to this defendant, are dismissed.